UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH AMOS NELSON, | |
| Petitioner, | Case No. 2:22-cv-0614-JHC |
| v. | |
| ISRAEL JACQUEZ, | ORDER DISMISSING FEDERAL HABEAS ACTION |
| Respondent. | |

The Court has reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt #7), the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge (Dkt. # 8), and the remaining record. There being no objections to the Report and Recommendation, the Court hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. # 7) is DENIED, and this action is DISMISSED with prejudice

(3) The Clerk is directed to send copies of this Order to Petitioner at his last know address and to Judge Vaughan.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1     DATED this 8th day of July, 2022.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2